| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Don Rose Oil Co., Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  94-2287631

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 205 N. Ben Maddox Way<br>Visalia, CA 93292 | |
   | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
   | Tulare | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Don Rose Oil Co., Inc.                             Case number (*if known*) _____
         Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-21-2017
             MM / DD / YYYY

X _____[signature]_____           John Castellucci
Signature of authorized representative of debtor     Printed name

Title  **President/CEO**

**18. Signature of attorney**

X _____[signature]_____           Date  6/21/17
Signature of attorney for debtor        MM / DD / YYYY

**Riley C. Walter**
Printed name

**Walter Wilhem Law Group**
Firm name

**A Professional Corporation
205 E. River Park Circle, Ste. 410
Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone  (559) 435-9800      Email address  rileywalter@w2lg.com

**91839**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

**\*\*N/A\*\***

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                                             $_____

   b. Total debts (including debts listed in 2.c., below)    $_____

   c. Debt securities held by more than 500 holders

   **\*\*N/A\*\***

   Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $_____     _____
   secured ☐   unsecured ☐   subordinated ☐   $_____     _____
   secured ☐   unsecured ☐   subordinated ☐   $_____     _____
   secured ☐   unsecured ☐   subordinated ☐   $_____     _____
   secured ☐   unsecured ☐   subordinated ☐   $_____     _____

   d. Number of shares of preferred stock                                     _____
   e. Number of shares common stock                                            _____

   Comments, if any: _____
   _____

3. Brief description of debtor's business: _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   _____
   _____
   _____

# CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

I, John Castellucci, the undersigned, President and CEO of Don Rose Oil Co., Inc., hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said corporation at a special meeting duly called and held on June 21, 2017.

"WHEREAS, from the information presented it appears that the corporation is no longer able to pay or meet its debts and obligations as they become due, that the corporation qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the best interest of the corporation to file a petition under Chapter 11; therefore;

IT WAS UNANIMOUSLY RESOLVED, that the corporation should file a petition under Chapter 11 of the United States Bankruptcy Code.

IT WAS FURTHER RESOLVED that Walter Wilhelm Law Group be retained to represent the corporation on all matters related to the Chapter 11 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED that John Castellucci, President and CEO of Don Rose Oil Co., Inc., be authorized and directed to execute any and all petitions, statements, schedules, plans, and other necessary documents in the Chapter 11 case on behalf of the corporation.

The foregoing matters transacted and approved on behalf of the corporation at a special meeting duly called and held on the 21ST day of June, 2017."

Certified this 21ST day of June, 2017, by

_____
John Castellucci,
President/CEO, Don Rose Oil Co., Inc.

00146865-NAM-06.21.2017