Fill in this information to identify the case:

Debtor name: **Don Rose Oil Co., Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | |

# **SEE ATTACHED LISTING**

| | Creditor | Address | Address 2 | Address 3 | State | Zip | Amount (est.) | |
|---|---|---|---|---|---|---|---|---|
| 1 | Kodiak Mining & Minerals II, LLC | 7000 W. Palmetto Park Road | Suite 302 | Boca Raton | FL | 33433-0000 | $ 2,000,000.00 | Disputed |
| 2 | CRESTWOOD WEST COAST LLC | P. O. BOX 951216 | | DALLAS | TX | 75395-1216 | $ 662,663.62 | |
| 3 | NGL CRUDE LOGISTICS LLC | 6120 SOUTH YALE AVE. | SUITE 805 | TULSA | OK | 74136-0000 | $ 377,139.54 | |
| 4 | TARGA LIQUIDS MARKETING | P. O. BOX 730155 | | DALLAS | TX | 75373-0155 | $ 371,132.15 | |
| 5 | NGL CRUDE LOGISTICS LLC. - AG | 6120 SOUTH YALE AVE. | SUITE 805 | TULSA | OK | 74136-0000 | $ 289,503.07 | |
| 6 | JMBM | FILE 1263 | 1801 W OLYMPIC BLVD. | PASADENA | CA | 91199-1263 | $ 178,930.28 | |
| 7 | FLINT HILLS RESOURCES, LP. | FHR INVESTMENTS, LP | 4111 E. 37TH ST. NORTH | WICHITA | KS | 67220-0000 | $ 172,487.41 | |
| 8 | LUBRICATING SPECIALTIES CO. | P. O. BOX 31001-0858 | | PASADENA | CA | 91110-0858 | $ 124,670.05 | |
| 9 | RIVER CITY - AG | 3775 N. FREEWAY BLVD. | SUITE 101 | SACRAMENTO | CA | 95834-0000 | $ 74,008.78 | |
| 10 | TARGRAY INDUSTRIES, INC. | 31 GLENN ST. | | MASSENA | NY | 13662-0000 | $ 54,496.23 | |
| 11 | RIVER CITY PETROLEUM | 3775 N. FREEWAY BLVD. | SUITE 101 | SACRAMENTO | CA | 95834-0000 | $ 42,855.86 | |
| 12 | GAULT GROUP LLC | 21715 N. 92ND AVE. | | PEORIA | AZ | 85382-0000 | $ 38,369.03 | |
| 13 | NATIONS FUND 1, LLC | 501 MERRITT SEVEN | 6TH FLOOR | NORWALK | CT | 06851-0000 | $ 38,191.44 | |
| 14 | FIRESTREAM WORLDWIDE, INC. | 18336 EDISON AVE. | | CHESTERFIELD | MO | 63005-0000 | $ 20,728.58 | |
| 15 | LEE FINANCIAL SERVICES | PO BOX 398424 | | SAN FRANCISCO | CA | 94139-8424 | $ 19,360.00 | |
| 16 | BMO HARRIS BANK NA | PO BOX 71951 | | CHICAGO | IL | 60694-1951 | $ 17,289.27 | |
| 17 | MORGAN STANLEY | 520 W. MAIN ST. | | VISALIA | CA | 93291-9912 | $ 13,600.00 | |
| 18 | THE DIESEL DOCTOR, INC. | 1800 E BURTON AVE. | | TULARE | CA | 93274-3183 | $ 11,623.13 | |
| 19 | AMUR EQUIPMENT FINANCE, INC. | PO BOX 911685 | | DENVER | CO | 80291-1685 | $ 11,251.33 | |
| 20 | DEPARTMENT OF MOTOR VEHICLES | PO BOX 942897 | | SACRAMENTO | CA | 94297-0898 | $ 10,858.00 | |