| | |
|---|---|
| WALTER WILHELM LAW GROUP<br>a Professional Corporation<br>Riley C. Walter #91839<br>Michael L. Wilhelm #101495<br>Matthew P. Bunting #306034<br>205 E. River Park Circle, Suite 410<br>Fresno, CA 93720<br>Telephone:  (559) 435-9800<br>Facsimile:  (559) 435-9868<br>E-mail:  rileywalter@W2LG.com<br>  mwilhelm@W2LG.com | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>DON ROSE OIL CO., INC., a California corporation;<br><br>Debtor in Possession.<br><br>Tax ID #:  94-2287631<br>Address:  205 N. Ben Maddox Way<br>  Visalia, CA 93292 | **CASE NO. 17-12389-A-11**<br><br>Chapter 11<br><br>DC No.: WW-1<br><br>Date:  N/A<br>Time:  N/A<br>Place:  2500 Tulare St.<br>  Fresno, CA 93721<br>  Courtroom 11, 5th Floor<br>Judge:  Honorable Fredrick E. Clement |

**EX- PARTE APPLICATION FOR ORDER SHORTENING TIME
FOR HEARING ON:**

| | |
|---|---|
| ☐ Application to Employ Bankruptcy Counsel | ☐ Application to Employ Special Counsel |
| ☐ Application to Employ Consultant | ☐ Application to Employ CPA |
| ☐ Application to Employ Real Estate Broker | ☐ Application to Employ Investment Banker |
| ☐ Application for Expedited Hearing on First Day Matters | ☐ Motion/Application for Joint Administration of Cases |
| ☐ Motion to Prescribe Notice | ☐ Motion to Borrow and Give Security |
| ☐ Motion for Authority to Use Cash Collateral | ☐ Motion for Order Approving Cash Management System and Use of Existing Bank Accounts and |

| | |
|---|---|
| | Business Forms |

☐ Motion for Order Authorizing, but Not Requiring Debtor to Pay Pre-Petition Accrued Employee Wages, Commissions, Salaries and Contributions to Employee Benefit Plans; Honor Existing Personnel Policies in the Ordinary Course of Business; Reimburse Pre-Petition Employee Business Expenses; Make Payments for which Payroll Deductions were made; Pay All Costs Incident to the Foregoing; Authorizing Applicable Banks and Other Financial Intuitions to Receive Process, Honor and Pay all Checks by the Debtor Relating to the Foregoing

☐ Motion for Authority to Sell Personal Property    ☐ Motion for Authority to Sell Real Property

☐ Motion for Order Extending Time to Assume or Reject Non-residential Real Property Leases, and Contracts    ☐ Motion for Order Maintaining Utilities

☒ Other: Motion for Authority to Use Factoring Financing

The Debtor and Debtor in Possession, by and through counsel, respectfully seek an Ex-Parte Order Shortening Time for notice on the above indicated Motion as follows:

**RELIEF SOUGHT:**

Motion for Authority to Use Factoring Financing.

Attached as Exhibit A is a copy of the proposed Motion for Authority to Use Factoring Financing showing the relief sought.

**REASON FOR REQUEST:**

The Declaration in Support By Michael L. Wilhelm states the reason for the requested order shortening time.

**DATE AND LOCATION REQUESTED:** June 26, 2017 at 2:00 p.m. in Courtroom 11, 5th Floor of the Robert E Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA 93721.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted;
2. That the time for notice be shortened on the subject Motion;

3. That notice be served upon all secured creditors; all taxing agencies; the twenty largest unsecured creditors, or the Creditors' Committee, as well as the Committee's counsel, if any; the Debtor; and the U.S. Trustee's Office.

4. The Hearing be held at the above date and time. The court will permit telephonic appearances. Telephonic appearances can be made through CourtCall at 1 (888) 882-6878.

5. Debtors shall serve the required parties by 12:00p.m. (noon) of June 23, 2017, by fax, email or U.S. Mail, postage prepaid;

6. Objections, if any, can be presented:
   ☒ At the time of the hearing;     ☐ Up to ___ days prior to the hearing;

   And

7. For such other relief as is just and proper.

Dated: June 22, 2017

WALTER WILHELM LAW GROUP
A Professional Corporation

By: _____
Michael L. Wilhelm
Attorneys for Debtor in Possession

APPLICATION FOR ORDER SHORTENING TIME            -3-            00147148-MPB-06.22.2017