```
WALTER WILHELM LAW GROUP                    (SPACE BELOW FOR FILING STAMP ONLY)
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@W2LG.com
            mwilhelm@W2LG.com
```

Attorneys for Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>DON ROSE OIL CO., INC., a California corporation;<br><br>Debtor in Possession.<br><br>Tax ID #:  94-2287631<br>Address:  205 N. Ben Maddox Way<br>　　　　　Visalia, CA 93292 | **CASE NO. 17-12389-A-11**<br><br>Chapter 11<br><br>DC No.: WW-1<br><br>Date:   N/A<br>Time:   N/A<br>Place:  2500 Tulare St.<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 11, 5th Floor<br>Judge:  Honorable Fredrick E. Clement |

### DECLARATION OF MICHAEL L. WILHELM IN SUPPORT OF EX-PARTE

### APPLICATION FOR ORDER SHORTENING TIME

I, Michael L. Wilhelm, hereby declare and represent as follows:

1. I am counsel for the Debtor in Possession and maintain an office at 205 East River Park Circle, Suite 410, Fresno, California 93720.

2. The Debtor seeks to have the Court approve the Motion attached hereto as Exhibit A and seek an emergency hearing.

//

//

---

DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME　　　-1-　　　00147154-MPB-06.22.2017

3. The Debtor seeks authority to hold the hearing on June 26, 2017, at 2:00 p.m. and proposes facsimile or e-mail and first class mail service be given by 12:00pm (noon) of June 23, 2017, to all secured creditors; all taxing agencies; the twenty largest unsecured creditors, or the Creditors' Committee, as well as the Committee's counsel, if any; the Debtor; and the U.S. Trustee's Office.

The interest of the Debtor and the Debtor's Creditors will be served by shortening time because the Debtor has no source of funding except for limited cash on hand and without the use of factoring financing the Debtor will be unable to continue operations.

The Debtor needs relief as soon as possible and a hearing on June 26, 2017 is needed.

I declare under penalty of perjury that the foregoing facts are true and correct under the laws of the United States.

Executed this 22 day of June, 2017, at Fresno, California.

_____
Michael L. Wilhelm