WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com
mwilhelm@W2LG.com

Attorneys for Debtor in Possession

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>DON ROSE OIL CO., INC., a California corporation;<br><br>Debtor in Possession.<br><br>Tax ID #: 94-2287631<br>Address: 205 N. Ben Maddox Way, Visalia, CA 93292 | **CASE NO. 17-12389-A-11**<br><br>Chapter 11<br><br>DC No.: WW-1<br><br>Date: June 26, 2017<br>Time: 2:00 PM<br>Place: 2500 Tulare St., Fresno, CA 93721, Courtroom 11, 5th Floor<br>Judge: Honorable Fredrick E. Clement |

**NOTICE OF MOTION FOR AUTHORITY TO USE FACTORING FINANCING**

PLEASE TAKE NOTICE that a hearing on the Debtor's Motion for Authority to Use Factoring Financing ("Motion") will be held on June 26, 2017, at 2:00 p.m., at the United States Courthouse located at 2500 Tulare St, Fresno, CA 93721 at the above designated courtroom before the Honorable Fredrick. E. Clement. Appearances may be made telephonically. Telephonic appearances may be scheduled by calling CourtCall at 1 (888) 882-6878 at least 24 hours in advance of the hearing.

//

//

The Motion and supporting papers are being served on the interested parties pursuant to an Order Shortening Time. Objections may be raised at commencement of the hearing.

Dated: June 23, 2017

WALTER WILHELM LAW GROUP
A Professional Corporation

By: ______________________
Michael L. Wilhelm
Attorneys for Debtor in Possession