1 | WALTER WILHELM LAW GROUP
a Professional Corporation
2 | Riley C. Walter #91839
Michael L. Wilhelm #101495
3 | Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
4 | Fresno, CA 93720
Telephone:   (559) 435-9800
5 | Facsimile:   (559) 435-9868
E-mail:       rileywalter@W2LG.com
6 |             mwilhelm@W2LG.com

7 | Attorneys for Debtor in Possession

(SPACE BELOW FOR FILING STAMP ONLY)

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re

DON ROSE OIL CO., INC, a California corporation;

    Debtor in Possession.

Tax ID #:    94-2287631
Address:    205 N. Ben Maddox Way
            Visalia, CA 93292

CASE NO.  17-12389-A-11

Chapter 11

DC No.: WW-1

Date:     June 26, 2017
Time:     2:00 PM
Place:    2500 Tulare St.
          Fresno, CA 93721
          Courtroom 11, 5th Floor
Judge:    Honorable Fredrick E. Clement

## PROOF OF SERVICE

    I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

    On June 23, 2017, I served the foregoing document(s) described as:

1. **[CONFORMED] Order Shortening Time on Motion/Application;**
2. **Notice of Motion for Authority to Use Factoring Financing;**
3. **Motion for Authority to Use Factoring Financing;**
4. **Memorandum of Points and Authorities in Support of Motion for Authority to Use Factoring Financing;**
5. **Declaration of John Castellucci in Support of Motion for Authority to Use Factoring Financing;**
6. **Exhibits to Motion for Authority to Use Factoring Financing.**

PROOF OF SERVICE                    -1-                    00147243-gaa-06.23.2017

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX   **By Overnight Delivery** on the following party(ies) in said action, in accordance with Federal Rules of Civil Procedure Rule 5, by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Walter Wilhelm Law Group, mail placed in that designated area is picked up that same day for delivery the following business day.

**SEE ATTACHED SERVICE LIST**

XXX   **By Facsimile Transmission** in accordance with Federal Rules of Civil Procedure Rule 5, to the following party(ies) at the facsimile number(s) indicated.

**SEE ATTACHED SERVICE LIST**

XXX   **By Electronic Mail Service.** I transmitted the above-described documents via e-mail to the persons that have an email address shown below.

Executed on June 23, 2017, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Hannah Wilhelm_
Hannah Wilhelm

PROOF OF SERVICE                    -2-

00147243-gaa-06.23.2017

Don Rose Oil Co., Inc.

**SERVICE LIST**

Case No. 17-12389

Debtor
Don Rose Oil Co., Inc.
Attn: John Castellucci
205 N. Ben Maddox Way
Visalia, CA 93292
johncastellucci@hotmail.com

Peter Ratican
The Ratican Group, LLC
112 S. Orange Grove Blvd., Ste. 108
Pasadena, CA 91105
peterratican@gmail.com

Sallyport Commercial Finance, LLC
Attn: Nick Hart
14100 Southwest Freeway, Ste. 210
Sugarland, TX 77478
nhart@sallyportcf.com

Kodiak Mining and Minerals, LLC
Attn: Tapanagiotis Ketchagis
7000 W. Palmetto Park Rd., #302
Boca Raton, FL 33433
hellenicpetroleumllc@gmail.com

US Trustee
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
ustpRegion17.fr.ecf@usdoj.gov

Russell Burke
2222 West Main St.
Visalia, CA 93291
russell@wbplawyers.com

Don Duane Rose
5438 West Prospect Dr.
Visalia, CA 93291
Drosedonroseoil.com@comcast.net

Downey Brand
Attn: Jamie Dreher
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
jdreher@downeybrand.com

US Trustee
Robin Tubesing
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
robin.tubesing@usdoj.gov

Vonn R. Christenson
Christenson Law Firm, LLP
472 W. Putnam Ave.
Porterville, CA 93257
vrc@christensonlaw.com

Robert K. Moore
2404 S. Beech Dr.
Visalia, CA 93292
bmoore@hellenicpetroleumllc.com

**20 Largest Creditors**

Idemitsu Apollo Corporation
Attn: Bob Lakner
1831 16th Street
Sacramento, CA 95811
bobl@idemitsuapollo.com

Targa Liquids Marketing
Attn. Patti Grantham
PO Box 730155
Dallas, TX 75373-0155
Pgrantham@targaresources.com

Lubricating Specialties
Attn: Ken Allison
PO Box 31001-0858
Pasadena, CA 91110-0858
kallison@lubespecialties.com

Wells Fargo – Business Line
PAYMENT REMITTANCE CENTER
PO BOX 51174
LOS ANGELES CA 90051-5474
Fax: (866) 306-8279

NGL Crude Logistics LLC
Attn: William Latimer
6120 South Yale Ave., Suite 805
Tulsa, OK 74136
william.latimer@nglep.com

Stan Boyette & Son
Attn: Terri Just
601 McHenry Ave.
Modesto, CA 95350
(Overnight Mail)

Rivercity Petroleum
Attn: Jason Javitz
3775 N. Freeway Blvd., Suite 101
Sacramento, CA 95834
jjavitz@rcpfuel.com

Targray Industries
Attn: Sammy Cozma
31 Glenn Street
Massena, NY 13662
scozma@targray.com

Crestwood West Coast LLC
Attn: Vince Gricell
PO Box 951216
Dallas, TX 75395-1216
Vince.Grisell@crestwoodlp.com

Jeffer Mangels Butler
Attn: Barry Burten
2 Embarcadero Center, 5th Floor, San
Francisco, CA 94111
bburten@jmbm.com

Nation's Fund
Attn: Dan Rubenstein
501 Merritt Seven, 6th Floor
Norwalk CT 06851
drubenstein@nationsequipmentfinance.com

Gault Group LLC
Attn: Steve Glass
21715 N. 92nd Ave.
Peoria, AZ 85382
Fax: (970) 739-8392

WELLS FARGO BANK
MAC A0187-081
P. O. BOX 7674
SAN FRANCISCO, CA 94120-9729
Fax: (866) 306-8279

WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES CA 90030-0086
Fax: (866) 306-8279

Don Duane Rose
5438 West Prospect Dr.
Visalia, CA 93291
Drosedonroseoil.com @comcast.net

Pacific Pride
Attn: Tony Ligh
PO Box 2099
Salem, OR 97308-2099
Tony.ligh@fleetcor.com

Lee Financial
Attn: J. Benetiz
PO Box 398424
San Francisco, CA 94139-8424
Jbenitez@fresnotruck.com

Flint Hills Resources
Attn: Kevin Yeager
4111 E. 37th Street North
Wichita, KS 67220
(Overnight Mail)

BMO Harris Bank
Attn: Justin Miller
PO Box 71951
Chicago, IL 60694-1951
Justine.miller@bmotf.com

Philadelphia Insurance Company
PO Box 70251
Philadelphia, PA 19176-0251
Sevice@phly.com

The Diesel Doctor
Attn: Evelyn
1800 E. Burton Ave.
Tulare, CA 93274-3183
evelyn@dieseldoctortulare.com

Amur Equipment
Attn: Don Segura
PO Box 911685
Denver, CO 80291-1685
dsegura@amuref.com

Department of Motor Vehicles
P.O. Box 932382
Mail Station: C128
Sacramento, CA 94232-3820
Fax: (916) 657-6843

## Secured Creditors

Idemitsu Appolo Corp
Attn: Bor Lachner
1831 16th Street
Sacramento, CA 95811
bobl@idemitsuapollo.com

Stan Boyette & Son
Attn: Terri Just
601 McHenry Ave.
Modesto, CA 95350
(Overnight Mail)

Nation's Fund
Attn: Dan Rubenstein
501 Merritt Seven, 6th Floor
Norwalk CT 06851
drubenstein@nationsequipmentfinance.com

BMO Harris Bank
Attn: Justin Miller
PO Box 71951
Chicago, IL 60694-1951
Justine.miller@bmotf.com

## Priority Creditors and Taxing Agencies

Employment Development Department
Bankruptcy/Special Procedures Group
Post Office Box 826880 MIC 92E
Sacramento, CA 94280-0001
Fax: (916) 464-2077

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Fax: (855) 235-6787

State of California
Franchise Tax Board
Bankruptcy Unit – G11
Post Office Box 2952
Sacramento, CA 95812-2952
Fax: (916) 845-6786

United States Attorney
For Internal Revenue Service
2500 Tulare Street, Ste. 4401
Fresno CA 93721-1331
(Overnight Mail)

Internal Revenue Service
AUS Fresno MC Lockbox
PO Box 101363
Pasadena, CA 91189-0005
(Overnight Mail)

United States Dept. of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044-0000
(Overnight Mail)

Tulare County Tax Collector
221 S. Mooney Blvd., Rm. 104-E
Visalia, CA  93291-4593
Fax (559) 733-6988

Securities & Exchange Commission
Attn: Bankruptcy Counsel
4444 South Flower St., Ste. 900
Los Angeles, CA  90071-9591
losangeles@sec.gov

California State Board of Equalization
PO Box 942879 MIC 29
Sacramento, CA  94279-0029
Fax:  (916) 327-0615

California Attorney General
PO Box 944255
Sacramento, CA  94255-0000
Fax:  (916) 323-5341