# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| **Case Title :** | Don Rose Oil Co., Inc. | **Case No :** | 17–12389 – A – 11 |
| --- | --- | --- | --- |
| | | **Date :** | 06/26/2017 |
| | | **Time :** | 02:00 |

| **Matter :** | [9] – Motion/Application for Authority to Use Factoring Financing [WW–1] Filed by Debtor Don Rose Oil Co., Inc. (cjim) |
| --- | --- |

| **Judge :** | Fredrick E. Clement | **Courtroom Deputy :** | Rosalia Estrada |
| --- | --- | --- | --- |
| **Department :** | A | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
　　　Debtor(s) Attorney –  Michael L. Wilhelm
**Respondent(s) :**
　　　Creditor's Attorney –  Vonn R. Christenson
　　　U.S. Trustee's Attorney –  Robin S. Tubesing
　　　Attorney for Sallyport Commercial Finance – Steven N. Kurtz

HEARING CONTINUED TO: 7/12/17 at 11:00 AM


As more fully set forth on the record,


1. Findings of fact and/or conclusions of law having been stated orally on the record, the court granted (on a preliminary basis) the Motion for Authority to Use Factoring Financing, with the following exceptions.

(a) The court did not grant relief as described in paragraph 11(b) of the motion, ECF No. 9.

(b) The court did not approve new liens.

2. The motion was continued for a final hearing on July 12, 2017, at 11:00 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California.

3. Not later than July 3, 2017, Mr. Wilhelm may augment the record.

4. Not later than July 7, 2017, Ms. Tubesing and Mr. Christenson may file an opposition.

5. Mr. Wilhelm to prepare the order. The Budget, Case I (only), Exhibit F, ECF No. 13 to be appended to the order.

6. Mr. Wilhelm to give notice to all creditors, including the involuntary petitioning creditors and Mr. Christenson, not later than 24 hours from entry of the order.

7. The order to be approved by Mr. Christenson, Mr. Kurtz, and Ms. Tubesing. The parties to approve the form of the proposed order not later than 4 business hours after receipt of the order. In the event, that a party fails to do so, Mr. Wilhelm may submit the order without the signature along with a declaration.