WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com
mwilhelm@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re

DON ROSE OIL CO., INC., a California corporation;

Debtor in Possession.

Tax ID #: 94-2287631
Address: 205 N. Ben Maddox Way
Visalia, CA 93292

**CASE NO. 17-12389-A-11**

Chapter 11

DC No.: WW-1

Date: June 26, 2017
Time: 2:00 PM
Place: 2500 Tulare St.
Fresno, CA 93721
Courtroom 11, 5th Floor
Judge: Honorable Fredrick E. Clement

**ORDER GRANTING MOTION FOR AUTHORITY TO USE FACTORING FINANCING**

At Fresno, in the Eastern District of California.

On the above date and time the emergency hearing on the Motion for Authority to Use Factoring Financing ("Factoring Financing Motion") filed by the Debtor in Possession came on for hearing on shortened notice and was held before the Honorable Bankruptcy Judge Fredrick E. Clement who appeared telephonically. Michael L. Wilhelm appeared for Debtors. Robin Tubesing appeared for the United States Trustee. Steve Kurtz appeared for Sallyport Commercial Finance. Vonn R. Christenson appeared for the petitioning creditors of the involuntary Chapter 7. The Court having fully considered the matter and finding the emergency use of

RECEIVED
June 27, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006076622

factoring financing is for and in the best interests of the estate, and good cause appearing, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Motion be, and hereby is, granted in part as follows. ^on a preliminary basis
It is denied as to para. 11(b) of motion, ECF # 9, and as to new liens.

2. Pursuant to 11 U.S.C. §§ 363 and 364, the Debtors are permitted to use factoring financing in the amounts shown on the budget which is attached as Exhibit "A".

3. The continued factor financing under all the terms and conditions of Sallyport's current agreements with the Debtor is approved.

4. The bankruptcy estate will not challenge directly or indirectly or attempt to surcharge Sallyport's purchase of accounts receivable or other collateral obtained during the period from the filing of the bankruptcy unit a final order is entered on this Motion.

5. It is necessary to expedite the final hearing on this Motion. The final hearing on the Motion will be continued to July 12, 2017 at 11:00 a.m. at the Bakersfield Courthouse located at 510 19th Street, Bakersfield, CA, 93301 before the Honorable Fredrick E. Clement.

6. Debtor's counsel shall serve notice of the continued hearing within 24 hours of the entry of the Interim Order on the same service list used for the preliminary hearing and any parties requesting special notice.

7. Debtor is required to file and serve any supporting pleadings and a new budget by July 3, 2017.

7. Any opposition to be presented at the final hearing must be in writing and filed and served by July 7, 2017.

8. The Debtor is ordered to operate under the agreed and approved budget.

//

//

//

---

ORDER GRANTING MOTION FOR AUTHORITY TO USE FACTORING FINANCING    -2-    00147502-WM-06.26.2017

Submitted by:
WALTER WILHELM LAW GROUP

*[signature]*

Michael L. Wilhelm, Attorneys for Debtor in Possession

Approved:

LEVINSON ARSHONSKY & KURTZ, LLP

*[signature]*

Steve Kurtz, Attorneys for Sallyport

*[signature]*

Robin Tubesing, Trial Attorney for United States Trustee Program

*[signature]*

Vonn R. Christenson, Attorney for Petitioning Involuntary Creditors Don Duane Rose, Kodiak Mining and Minerals, LLC, and Robert K. Moore

IT IS SO ORDERED.

Dated: Jun 27, 2017

*[signature]*

Fredrick E. Clement
United States Bankruptcy Judge

ORDER GRANTING MOTION FOR AUTHORITY TO USE FACTORING FINANCING   -3-   00147502-MPB-06.26.2017

**DON ROSE OIL CO., INC.**
Estimated PROFIT/ LOSS and CASH FLOW for the period 6/23- 7/14/17

Prepared 6/22//17

|  | CASE I |
|---|---|
| Average Daily Advance By Sally Port | $ 93,247.93 |
| **FUEL MARGIN** | |
| BOB-TAIL | $ 0.4400 |
| TRUCK & TRAILER | $ 0.0900 |
| LUBE OIL MARGIN | $ 3.2600 |
| CARDLOCK | $ 0.3500 |
| Retail Propane | $ 2.3900 |
| PROPANE | $ 0.5200 |
| **GALLONS For the Period** | |
| BOB-TAIL | 200,000 |
| TRUCK & TRAILER | 500,000 |
| LUBE OIL | 3,850 |
| CARDLOCK | 32,500 |
| RETAIL PROPANE | 6,000 |
| PROPANE | 140,000 |
| TOTAL GALLONS | 882,350 |
| **FUEL PRICE** | |
| BOB TAIL | $ 2.19 |
| TRUCK & TRAILER | $ 1.80 |
| LUBE OIL | $ 8.60 |
| CARDLOCK | $ 2.75 |
| RETAIL PROPANE | $ 2.85 |
| PROPANE | $ 1.18 |
| **DRO INCOME STATEMENT** | |
| **REVENUE:** | |
| BOB TAIL | 438,000 |
| TRUCK & TRAILER | 900,000 |
| LUBES, OIL & ADDITIVES | 33,110 |
| CARDLOCK | 89,375 |
| RETAIL PROPANE | 17,100 |
| PROPANE | 165,200 |
| PROPANE RENTALS | 5,000 |
| TOTAL GROSS REVENUE | 1,647,785 |
| **COST OF SALES** | |
| BOBTAIL | 350,000 |
| TRUCK & TRAILER | 855,000 |
| FUEL, OIL & LUBES | 20,559 |
| CARDLOCK | 78,000 |
| RETAIL PROPANE | 2,760 |
| PROPANE | 92,400 |
| TOTAL COST OF SALES | 1,398,719 |
| **GROSS PROFIT** | |
| BOBTAIL | 88,000 |
| TRUCK & TRAILER | 45,000 |
| FUEL, OIL & LUBES | 12,551 |
| CARDLOCK | 11,375 |
| RETAIL PROPANE | 14,340 |
| PROPANE | 72,800 |
| TIRES, BATTERIES & ACCESSORIES | |
| CA FEES | |
| GROSS PROFIT | 244,066 |
|  | 14.8% |
| **OPERATING EXPENSES:** | |
| AMORTIZATION | |
| BAD DEBTS | |
| BANK CHARGES | 1,000 |
| COMMISSIONS To Come | |


EXHIBIT A
Page 1 of 2

| | |
|---|---:|
| DELIVERY GENERAL | 300 |
| DEPRECIATION | |
| EMPLOYEE BONUSES | |
| EQUIPMENT LEASE EXPENSE | 30,000 |
| FUEL | 12,000 |
| INSURANCE | 12,000 |
| INTEREST Sally Port Fees | 30,000 |
| INTEREST ON EQUIPMENT | 10,000 |
| LOAN FEES | |
| OFFICE | 250 |
| OFFICE COMPUTER EXPENSE | 100 |
| EXCISE TAXES ON BIODIESEL | |
| OUTSIDE LABOR | 250 |
| PROFESSIONAL FEES (Legal and Accounting, DR Consulting, Other) | 27,000 |
| PROPERTY LEASE | 3,200 |
| PROPERTY TAXES | |
| TRUCK REPAIRS | 3,000 |
| SHOP SUPPLIES | 100 |
| TIRES - COMPANY USE | 500 |
| TANK TESTING FEES | |
| LICENSES - DMV | 3,000 |
| TAXES & LICENSES | 2,000 |
| UTILITIES | 2,400 |
| ALL OTHER EXPENSES | 1,825 |
| TOTAL EXPENSES | 138,925 |
| | |
| SALARIES and WAGES: | |
| TRUCKING | 24,000 |
| OIL | 3,000 |
| PROPANE | 25,000 |
| OFFICE | 14,000 |
| OFFICER COMPENSATION | 24,000 |
| PAYROLL TAX, WORK COMP & OTHER | 11,625 |
| TOTAL SALARIES & WAGES | 101,625 |
| | |
| TOTAL SALARIES & EXPENSE | 240,550 |
| NET INCOME | 8,516 |
| | |
| EBITDA | 48,516 |
| LESS | |
| PRINCIPAL PAYMENTS ON DEBT | |
| INTEREST PAYMENTS ON DEBT | (30,000) |
| INTEREST PAYMENTS ON EQUIPMENT | (10,000) |
| CASH PAID FOR CAP EX | - |
| REPAYMENTS OF ADVANCE FROM B MOORE | |
| NET PROCEEDS FROM SALE OF PROPANE | - |
| NET PROCEEDS FROM SALE OF BARITE MINE | |
| NET CASH (OUTFLOW) INFLOW | 8,516 |
| CUMULATIVE NET CASH FLOW (OUTFLOW) / INFLOW | $ 8,516 |

EXHIBIT A
Page 2 of 2