WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com
mwilhelm@W2LG.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

DON ROSE OIL CO., INC., a California corporation;

Debtor in Possession.

Tax ID #: 94-2287631
Address: 205 N. Ben Maddox Way
Visalia, CA 93292

**CASE NO. 17-12389-A-11**

Chapter 11

DC No.: WW-1

Date: July 12, 2017
Time: 11:00 AM
Place: 510 19th Street
Bakersfield, CA 93301
Judge: Honorable Fredrick E. Clement

**NOTICE OF CONTINUED AND FINAL HEARING ON MOTION FOR AUTHORITY TO USE FACTORING FINANCING**

PLEASE TAKE NOTICE that a continued and final hearing on the Debtor's Motion for Authority to Use Factoring Financing ("Motion") will be held on July 12, 2017, at 11:00 a.m., at the United States Courthouse located at located 510 19th Street, Bakersfield, CA 93301 at the above designated courtroom before the Honorable Fredrick. E. Clement. Appearances may be made telephonically. Telephonic appearances may be scheduled by calling CourtCall at 1 (888) 882-6878 at least 24 hours in advance of the hearing.

//

1  The Motion and supporting papers have been previously served on the interested
2  parties pursuant to an Order Shortening Time.
3  Debtor is required to file and serve any supporting pleadings and a new budget
4  by July 3, 2017. Any opposition to be presented at the final hearing must be in writing
5  and filed and served by July 7, 2017.

Dated: June 27, 2017

WALTER WILHELM LAW GROUP
A Professional Corporation

By: *[signature]*
Michael L. Wilhelm
Attorneys for Debtor in Possession