```
WALTER WILHELM LAW GROUP                (SPACE BELOW FOR FILING STAMP ONLY)
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@W2LG.com
            mwilhelm@W2LG.com
```

Attorneys for Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>DON ROSE OIL CO., INC, a California corporation;<br><br>    Debtor in Possession.<br><br>Tax ID #:  94-2287631<br>Address:   205 N. Ben Maddox Way<br>             Visalia, CA 93292 | CASE NO. 17-12389-A-11<br><br>Chapter 11<br><br>DC No.: WW-1<br><br>Date:    July 12, 2017<br>Time:   11:00 am<br>Place:   510 19th Street<br>          Bakersfield, CA<br><br>Judge:  Honorable Fredrick E. Clement |

## **PROOF OF SERVICE**

    I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

    On June 28, 2017, I served the foregoing document(s) described as:

1. **Notice of Continued and Final Hearing on Motion for Authority to Use Factoring Financing;**
2. **[CONFORMED] Order Granting Motion for Authority to Use Factoring Financing;**
3. **[CONFORMED] Order Shortening Time on Motion/Application;**
4. **Notice of Motion for Authority to Use Factoring Financing;**
5. **Motion for Authority to Use Factoring Financing;**
6. **Memorandum of Points and Authorities in Support of Motion for Authority to Use Factoring Financing;**

7. Declaration of John Castellucci in Support of Motion for Authority to Use Factoring Financing; and
8. Exhibits to Motion for Authority to Use Factoring Financing.

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>XXX</u>    **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

> Wawona Packing Co.
> 12133 Avenue 408
> Cutler, CA  93615

Executed on June 28, 2017, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Gable A. Alfano