# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers and California State Bar Number (if applicable)<br>Jess R. Bressi (SBN 110264)<br>Dentons US LLP<br>4675 MacArthur Court, Suite 1250<br>Newport Beach, CA 92660-8803<br>Telephone Number: 949.241.8967<br>Attorney for: Energy Distribution Partners | **REQUEST TO BE ADDED OR REMOVED FROM COURTESY ELECTRONIC NOTIFICATION** |
|---|---|
| In re:<br>DON ROSE OIL CO., INC.,<br><br>Debtor(s) | **Bankruptcy Case No.:**<br><br>17-12389-A-11 |

| | |
|---|---|
| Planitiff(s),<br><br>v.<br><br>Defendant(s). | **Adversary Proceeding No.:** |

To the Clerk of the U.S. Bankruptcy Court:

☑ **Request for Courtesy Electronic Notification.** I am the attorney for Energy Distribution Partners. By filing this document, I request courtesy electronic notification of documents in the above-referenced case/proceeding. I acknowledge:

- that courtesy electronic notification will be delivered by the Court's e-Filing system as a Notice of Electronic Filing (NEF),
- that I must be a registered user of the Court's e-Filing system to be eligible to receive courtesy NEFs, and
- that I must log in to PACER to access these documents.

I also acknowledge that this request does not impose an obligation on the Court or any party to this matter to provide me with documents in this case/proceeding by any other method.

☐ **Request for Removal from Courtesy Electronic Notification.** I am the attorney for ____________________. I request removal from courtesy electronic notification because I no longer wish to receive Notices of Electronic Filing (NEFs) for documents filed in the above-referenced case/proceeding.

Dated: December 5, 2017

Signed: /s/ Jess R. Bressi

Printed Name: Jess R. Bressi